```
 1  MARC L. JACUZZI, BAR NO. 173220
    SARAH E. LUCAS, Bar No. 148713
 2  SIMPSON, GARRITY & INNES
    Professional Corporation
 3  601 Gateway Boulevard, Suite 950
    South San Francisco, CA  94080
 4  Telephone: (650) 615-4860
    Fax: (650) 615-4861
 5
    Attorneys for Defendants Lafayette Orinda Presbyterian Church,
 6  Presbytery of San Francisco and The Synod of the Pacific
```

E-filing

FILED
07 JUN -7 AM 11: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILYN TEAKLE,

   Plaintiff,

v.

LAFAYETTE ORINDA PRESBYTERIAN
CHURCH; PRESBYTERY OF SAN FRANCISCO;
THE SYNOD OF THE PACIFIC; and DOES 1
through 50, inclusive,

   Defendants.

Case No. 2973

**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES (L.R. 3-16)**

EDL

BY FAX

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendant Lafayette Orinda Presbyterian Church, Presbytery of San Francisco and The Synod of the Pacific, certifies that as of this date, other than the named parties, there is no such interest to report.

Date: June 7, 2007

Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: _____
MARC L. JACUZZI, BAR NO. 173220
SARAH E. LUCAS, Bar No. 148713
Attorneys for Defendants Lafayette Orinda
Presbyterian Church, Presbytery of San Francisco
and The Synod of the Pacific

{CLIENT FILES 30859-4 0007 4618.DOC}                                                                                                -1-
CERTIFICATE OF INTERESTED PARTIES OR ENTITIES (L.R. 3-16)