1  DAVID A. DEPOLO, ESQ. (State Bar No. 118205)
   AMY K. LEE, ESQ. (State Bar No. 244542)
2  DONNELLY NELSON DEPOLO & MURRAY LLP
   Shadelands Point
3  2401 Shadelands Drive, Suite 120
   Walnut Creek, CA 94598-2428
4  Tel. No. (925) 287-8181
   Fax No. (925) 287-8188
5

6
   Attorneys for Plaintiff
7  Marilyn Teakle

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   MARILYN TEAKLE,                          Case No. C07-02973 EDL
12
           Plaintiff,                       **CERTIFICATE OF INTERESTED ENTITIES**
13                                          **OR PARTIES (L.R. 3-16)**
       vs.
14
   LAFAYETTE ORINDA PRESBYTERIAN
15 CHURCH; PRESBYTERY OF SAN
   FRANCISCO; THE SYNOD OF THE PACIFIC;
16 and DOES 1 through 50, inclusive,

17         Defendants.

18

19      Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Plaintiff Marilyn

20 Teakle, certifies that as of this date, other than the named parties, there is no such interest to

21 report.

22 Dated: 7/10/2007

                                            DONNELLY NELSON DEPOLO & MURRAY
23

24
                                            By: _____
25                                               AMY K. LEE
                                            Attorneys for Defendant
26                                          Marilyn Teakle

27

28                                          1

---

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES (L.R. 3-16)                    762-8114/AKL/230047