1  DAVID A. DEPOLO, ESQ. (State Bar No. 118205)
   AMY K. LEE, ESQ. (State Bar No. 244542)
2  DONNELLY NELSON DEPOLO & MURRAY LLP
   Shadelands Point
3  2401 Shadelands Drive, Suite 120
   Walnut Creek, CA  94598-2428
4  Tel. No. (925) 287-8181
   Fax No. (925) 287-8188
5

6  Attorneys for Plaintiff
   Marilyn Teakle
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 MARILYN TEAKLE,                    Case No.  C07-02973 EDL

12        Plaintiff,                  **PROOF OF SERVICE BY ELECTRONIC
                                      SERVICE**
13     vs.                           **C.C.P. §1013(a), CRC 2.260**

14 LAFAYETTE ORINDA PRESBYTERIAN
   CHURCH; PRESBYTERY OF SAN
15 FRANCISCO; THE SYNOD OF THE PACIFIC;
   and DOES 1 through 50, inclusive,
16
          Defendants.
17

18        I declare under penalty of perjury that:

19        I am a citizen of the United States and am employed in the County of Contra Costa.  I

20 am over the age of eighteen years and not a party to the within action.  My business address is

21 2401 Shadelands Drive, Suite 120, Walnut Creek, CA  94598-2428.  On July 11, 2007 at

22 approximately 10:00 a.m., I served the within **CERTIFICATE OF INTERESTED ENTITIES OR**

23 **PARTIES** on the parties in this action by filing through Electronic Case Filing/PACER, said

24 transmission being reported as complete and without error, as addressed below:

25 Marc L. Jacuzzi, Esq.                Counsel for Defendants Lafayette Orinda
   Simpson Garrity & Innes, PC         Presbyterian Church, Presbytery of San
26 601 Gateway Blvd., Suite 950        Francisco and The Synod of the  Pacific
   South San Francisco, CA  94080
27 Fax: (650) 615-4861

28
                                      1

C07-02973 EDL:  PROOF OF SERVICE BY ELECTRONIC SERVICE

762-8114/SKE/230105.doc

1    Executed this 11th day of July 2007, at Walnut Creek, California.

2

3    Sharon K. Everson

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C07-02973 EDL:  PROOF OF SERVICE BY ELECTRONIC SERVICE

762-8114/SKE/230105 doc