MARC L. JACUZZI, BAR NO. 173220
SARAH E. LUCAS, BAR NO. 148713
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendants Lafayette Orinda Presbyterian Church,
Presbytery of San Francisco and The Synod of the Pacific

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN TEAKLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAFAYETTE ORINDA PRESBYTERIAN CHURCH; PRESBYTERY OF SAN FRANCISCO, THE SYNOD OF THE PACIFIC; and DOES 1 through 50, inclusive.<br><br>　　　　　Defendants. | Case No. C07-02973 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 22, 2007

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kendall Burton_
　　　　　　　　　　　　　　　　　　　　　　　Kendall M. Burton, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendants Lafayette Orinda
　　　　　　　　　　　　　　　　　　　　　　　Presbyterian Church, Presbytery of San Francisco
　　　　　　　　　　　　　　　　　　　　　　　And The Synod of the Pacific