**United States District Court**
For the Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7    MARILYN TEAKLE,

              Plaintiff,                          No. C-07-02973 EDL

8

9        v.                                        NOTICE OF IMPENDING
                                                   REASSIGNMENT TO A UNITED
                                                   STATES DISTRICT COURT JUDGE

10

11   LAFAYETTE ORINDA PRESBYTERIAN
     CHURCH, et al.,

12            Defendants.
     _____/

13

14        The Clerk of this Court will now randomly reassign this case to a United States District Judge

     because either:

15

16   **XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge

     or has not consented to the jurisdiction of a United States Magistrate Judge, or

17

18        (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary

     restraining order) that a United States Magistrate Judge may not take without the consent of all parties,

19

     the necessary consents have not been secured, and time is of the essence.

20

21        The CASE MANAGEMENT CONFERENCE previously scheduled for September 11, 2007,

     at 3:00 p.m. on Magistrate Judge Laporte's calendar will NOT be held.

22

23

     Dated:  August 24, 2007

24
                                        Richard W. Wieking, Clerk
                                        United States District Court
25
                                        _____
26                                      By: Lili M. Harrell
                                        Deputy Clerk
27

28