**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 22, 2007

Case No.   C 07-2973  MHP              Judge: MARILYN H. PATEL

Title: MARILYN TEAKLE -v- LAFAYETTE-ORINDA PRESBYTERIAN CHURCH et al

Attorneys:  Plf: David Depolo
            Dft: Marc Jacuzzi

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Counsel to submit stipulation to dismiss parties discussed in court; Counsel selected private mediation;

A further status conference set for 1/28/2008 at 3:00 pm, with a joint supplemental status report to be filed one week prior.