MARC L. JACUZZI, BAR NO. 173220
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendants Lafayette Orinda Presbyterian Church,
Presbytery of San Francisco and The Synod of the Pacific

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN TEAKLE,<br><br>           Plaintiff,<br><br>v.<br><br>LAFAYETTE ORINDA PRESBYTERIAN CHURCH; PRESBYTERY OF SAN FRANCISCO, THE SYNOD OF THE PACIFIC; and DOES 1 through 50, inclusive.<br><br>           Defendants. | Case No. CV 07-02973 MHP<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANTS PRESBYTERY OF SAN FRANCISCO AND THE SYNOD OF THE PACIFIC FROM ACTION** |

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1), the Plaintiff and Defendant LAFAYETTE ORINDA PRESBYTERIAN CHURCH hereby stipulate to dismiss Defendants PRESBYTERY OF SAN FRANCISCO and THE SYNOD OF THE PACIFIC from the above-captioned matter with prejudice.

This stipulation and dismissal completely dismiss said Defendants in the above-entitled action. Each party will bear its/her own attorneys' fees and costs.

1  Date: October 30, 2007                    Respectfully submitted,

2                                            SIMPSON, GARRITY & INNES
                                             Professional Corporation

4                                            By: /s/ Kendall Burton
5                                            MARC L. JACUZZI
                                             KENDALL M. BURTON
6                                            Attorneys for Defendants Lafayette Orinda
                                             Presbyterian Church, Presbytery of San Francisco
7                                            and The Synod of the Pacific

8  Date:   October 25, 2007                  DONNELLY NELSON DEPOLO & MURRAY LLP

10
                                             By: /s/
11                                           DAVID A. DEPOLO
                                             AMY K. LEE
12                                           Attorneys for Plaintiff Marilyn Teakle

{CLIENT FILES\30879\4\00080778.DOC}                                                    - 2 -
STIPULATION AND ORDER

1 **ORDER**

2     Pursuant to the above stipulation, IT IS SO ORDERED.

5 Dated:_____    _____
                                                  THE HONORABLE MARILYN PATEL
                                                  UNITED STATES DISTRICT JUDGE