MARC L. JACUZZI, BAR NO. 173220
KENDALL M. BURTON, BAR NO. 228720
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendants Lafayette Orinda Presbyterian Church,
Presbytery of San Francisco and The Synod of the Pacific

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN TEAKLE, | Case No. CV 07-02973 MHP |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING DEFENDANTS PRESBYTERY OF SAN FRANCISCO AND THE SYNOD OF THE PACIFIC FROM ACTION** |
| v. | |
| LAFAYETTE ORINDA PRESBYTERIAN CHURCH; PRESBYTERY OF SAN FRANCISCO, THE SYNOD OF THE PACIFIC; and DOES 1 through 50, inclusive. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1), the Plaintiff and Defendant LAFAYETTE ORINDA PRESBYTERIAN CHURCH hereby stipulate to dismiss Defendants PRESBYTERY OF SAN FRANCISCO and THE SYNOD OF THE PACIFIC from the above-captioned matter with prejudice.

This stipulation and dismissal completely dismiss said Defendants in the above-entitled action. Each party will bear its/her own attorneys' fees and costs.

1  Date: October 30, 2007                Respectfully submitted,

2                                        SIMPSON, GARRITY & INNES
                                         Professional Corporation
3

4                                        By: /s/ Kendall Burton
5                                        MARC L. JACUZZI
                                         KENDALL M. BURTON
6                                        Attorneys for Defendants Lafayette Orinda
                                         Presbyterian Church, Presbytery of San Francisco
7                                        and The Synod of the Pacific

8  Date:  October 25, 2007               DONNELLY NELSON DEPOLO & MURRAY LLP
9

10
                                         By: /s/ David A. Depolo
11                                       DAVID A. DEPOLO
                                         AMY K. LEE
12                                       Attorneys for Plaintiff Marilyn Teakle

## ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: November 2, 2007



THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE