**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 28, 2008

Case No.   C 07-2973  MHP            Judge: MARILYN H. PATEL

Title: MARILYN TEAKLE -v- LAFAYETTE-ORINDA PRESBYTERIAN CHURCH et al

Attorneys:  Plf: David Depolo
            Dft: Marc Jacuzzi

Deputy Clerk:  Anthony Bowser  Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Mediation to be completed by 2/29/2008;

Jury Trial: 9/23/2008 at 8:30 am;
Pretrial Conference: 9/18/2008 at 3:00 pm, with all pretrial submissions to be filed ten days prior to the conference;

Close of expert discovery: 9/8/2008;
Expert disclosure: 8/4/2008;
Close of fact discovery: 8/22/2008;
Witness disclosure by: 7/20/2008;

Final dispositive motions hearing set for 8/11/2008 at 2:30 pm;