DAVID A. DEPOLO, ESQ. (State Bar No. 118205)
AMY K. LEE, ESQ. (State Bar No. 244542)
DONNELLY NELSON DEPOLO & MURRAY LLP
Shadelands Point
2401 Shadelands Drive, Suite 120
Walnut Creek, CA 94598-2428
Tel. No. (925) 287-8181
Fax No. (925) 287-8188

Attorneys for Plaintiff Marilyn Teakle

MARC L. JACUZZI, ESQ. (State Bar No. 173220)
KENDALL BURTON, ESQ. (State Bar No. 228720)
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Tel No. (650) 615-4860
Fax No. (650) 615-4861

Attorneys for Defendant Lafayette Orinda Presbyterian Church

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN TEAKLE, | ) Case No. CV-02973-MHP |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **DISMISSAL** |
| LAFAYETTE ORINDA PRESBYTERIAN CHURCH; PRESBYTERY OF SAN FRANCISCO; THE SYNOD OF THE PACIFIC; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1), that Plaintiff Marilyn Teakle and Defendant Lafayette-Orinda Presbyterian Church hereby stipulate to dismiss the above-captioned matter with prejudice.

    This stipulation and dismissal completely terminates the above-entitled action against all parties. Each party will bear its/her own attorneys' fees and costs.

    The parties hereto also request that this court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Date: Mar. 7, 2008

Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: /s/ Kendall Burton

MARC L. JACUZZI, ESQ.
KENDALL M. BURTON, ESQ.
Attorneys for Defendant Lafayette-Orinda Presbyterian Church

Date: March 7, 2008

DONNELLY NELSON DEPOLO & MURRAY LLP

By: /s/ Amy Lee

DAVID A. DEPOLO, ESQ.
AMY K. LEE, ESQ.
Attorneys for Plaintiff Marilyn Teakle

**ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: 3/11/2008

THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT



IT IS SO ORDERED
Judge Marilyn H. Patel